STATE v. MOSBY

No. 553P95

Case below: 120 N.C.App. 648

Petition by defendant (Mosby) Pro Se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 April 1996.

STATE v. ORMOND

No. 536P95

Case below: 120 N.C.App. 648

Petition by defendant for discretionary review pursuant to G.S 7A-31 denied 3 April 1996.

STATE v. SERZAN

No. 548P95

Case below: 119 N.C.App. 557

Petition by defendant (Serzan) Pro Se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 April 1996.

STATE v. WATKINS

No. 509P95

Case below: 120 N.C.App. 804

Attorney General's motion to withdraw temporary stay and writ of supersedeas allowed 3 April 1996.

TWEED v. BRYAN EASLER ENTERPRISES

No. 526P95

Case below: 120 N.C.App. 649

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1996.